UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MOHAMMAD,

    Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF CORRECTIONS,

    Defendant.

Case No. 14-cv-03837-BLF

**CASE MANAGEMENT ORDER**

    On April 9, 2015, no parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

    IT IS ORDERED THAT the Court will issue an Order to Show Cause as to why the case should not be dismissed for failure to serve or name Defendants.

Dated: April 9, 2015

_____
BETH LABSON FREEMAN
United States District Judge