UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KHALID MOHAMMAD,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS and DOE-AO, DOE-PD, DOE-DA, and DOE-CDC,<br><br>Defendants. | Case No. 14-cv-03837-BLF<br><br>**ORDER TO SHOW CAUSE** |

TO PLAINTIFF KHALID MOHAMMAD:

YOU ARE HEREBY ORDERED TO SHOW CAUSE IN WRITING, **by no later than June 12, 2015**, why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

On February 18, 2015, this Court granted the Motion to Dismiss by defendant California Department of Corrections and dismissed that defendant from the case. Order, ECF 16. The Court did not dismiss *pro se* plaintiff Khalid Mohammad's case entirely, finding that Plaintiff should have an opportunity to identify and serve the Doe Defendants he alleged in his complaint. *Id.* at 2, 6. To date, Plaintiff has not identified any of the Doe Defendants, nor has he communicated to the Court that he needs more time.

On April 9, 2015, the Court held an Initial Case Management Conference. Plaintiff did not appear, nor did he file a case management statement with the Court.

Plaintiff is therefore required to file a written response **by June 12, 2015** explaining why this case should not be dismissed for failure to prosecute, and/or why he has not identified any of the Doe Defendants or otherwise communicated with the Court regarding the status of the case.

1  No hearing will be held on the Order to Show Cause unless otherwise ordered by the Court.

2  **IT IS SO ORDERED.**

3  Dated: April 10, 2015

   _____
   BETH LABSON FREEMAN
   United States District Judge